**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Wilfredo RUIZ–ZAMBULA,**
**Defendant–Appellant.**

**No. 09–40461**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Philip T. Cowen, Brownsville, TX, for Defendant–Appellant.

Wilfredo Ruiz–Zambula, Lewisburg, PA, pro se.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

 The attorney appointed to represent Wilfredo Ruiz–Zambula (Ruiz) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ruiz has filed a response. The record is insufficiently devel-

oped to allow consideration at this time of Ruiz's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Ruiz's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.